IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BLUEFORD,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF OAKLAND ET.AL.,<br><br>        Defendant.<br>                                  / | No. C 12-03791 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 15, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 19, 2013.

DESIGNATION OF EXPERTS: 11/1/13; REBUTTAL: 11/30/13.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 24, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by January 31, 2014;

    Opp. Due February 14, 2014; Reply Due February 21, 2014;

    and set for hearing no later than March 7, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 22, 2014 at 3:30 PM.

JURY TRIAL DATE: May 5, 2014 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to Magistrate-Judge Spero for settlement purposes. The settlement conference shall occur within 90 days, if possible.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 10/26/12

                                                SUSAN ILLSTON
                                               United States District Judge

**United States District Court**
For the Northern District of California