John J. Verber, State Bar No. 139917
Aimee Hamoy-Perera, State Bar No. 221228
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:	(510) 444-6800
Facsimile:	(510) 835-6666
Email:	jverber@burnhambrown.com
	ahamoy-perera@burnhambrown.com

Attorneys for DEFENDANT
MIGUEL MASSO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BLUEFORD, individually, and as co-successor-in-interest to Decedent ALAN BLUEFORD; JERALYNN BLUEFORD, individually, and as co-successor-in-interest to Decedent, ALAN BLUEFORD,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a municipal corporation; HOWARD JORDAN, in his capacity as Chief of Police for the CITY OF OAKLAND; MIGUEL MASSO, individually and in his official capacity as police officer for the CITY OF OAKLAND; and DOES 1-25, inclusive,<br><br>　　　　Defendants. | No. C12-03791 WHO<br><br>**ORDER CONTINUING DISCOVERY DEADLINE**<br><br><br><br><br>**Complaint Filed:  July 19, 2012** |

1 | Having met and conferred, IT IS HEREBY STIPULATED BY AND BETWEEN
2 | Plaintiffs ADAM BLUEFORD, JERALYN BLUEFORD, and Defendants CITY OF
3 | OAKLAND and MIGUEL MASSO,
4 | The <u>close of discovery</u> is continued 30 days, from October 19, 2013 to November 19,
5 | 2013;

## ORDER

Pursuant to the Stipulation of the parties (1) to continue the date by which discovery shall be closed until November 19, 2013, and (2) that no other date set by the Court, including the trial date, shall be affected, the Court finds good cause to accept the Stipulation and IT IS SO ORDERED.

Date: September 18, 2013

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

4825-1789-9797, v. 1